CHRIST KECK et al., Appellants, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Argued January 16, 1934; decided February 27, 1934.)

*John C. Little, Jr.*, for appellants.
*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.